FILED
07/06/2021
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

JAMES MARTIN,
    PLAINTIFF

VS.    NO. 1:21-cv-00717-JRS-DML

THE KROGER COMPANY,
    DEFENDANT.

## MOTION TO DISMISS ACCELLION USA, LLC WITHOUT PREJUDICE

Comes now, James Martin, the Plaintiff as pro-se and would respectfully Move this Honorable Court to DISMISS ACCELLION USA, LLC without prejudice.

Dated: July 1, 2021    By: James Martin, Plaintiff

_/s/ James Martin_