UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES MARTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:21-cv-00717-JRS-DML |
| | ) |
| THE KROGER COMPANY, | ) |
| ACCELLION USA, LLC., | ) |
| | ) |
| Defendants. | ) |

Final Judgment is entered in favor of Defendants The Kroger Company and Accellion USA, LLC and against Plaintiff James Martin. Plaintiff shall take nothing by way of his complaint. This is a final judgment under Federal Rule of Civil Procedure 58 and this case is now closed.

**SO ORDERED.**

Date: 8/5/2021

Roger A.G. Sharpe, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JAMES MARTIN
735 1/2 Center Street
Shelbyville, IN 46176